MELINDA HAAG (CASBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

EDWARD A. PIPER
Law Clerk

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile:  (408) 535-5066
Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

**FILED**

NOV 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH MANUEL PATINO,<br><br>　　　　Defendant. | No.　　CR 10-00551-MAG<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 10, 2010 TO DECEMBER 2, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

　　　　On November 10, 2010, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials to be provided by the government. At that time, the Court set the matter for a hearing on December 2, 2010.

　　　　The parties stipulate that the time between November 10, 2010 and December 2, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for

1

effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(7)(A).

DATED: November 12, 2010            MELINDA HAAG
                                    United States Attorney


                                    ___/s/_____
                                    JEFFREY B. SCHENK           (EDWARD PIPER)
                                    Assistant United States Attorney    (Law Clerk)


                                    ___/s/_____
                                    LARA S. VINNARD
                                    Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between November 10, 2010 and December 2, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 11/15/10

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE