BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PATINO

**FILED**

DEC 21 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-00551 HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| JOSEPH MANUEL PATINO, | ) |
| Defendant. | ) |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Tuesday, December 21, 2010 at 9:30 a.m., be continued to Wednesday, January 19, 2011, at 1:30 p.m. The continuance is requested to allow the parties additional time to discuss a resolution of this matter, and to allow the defense time necessary for effective preparation.

    The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The parties therefore

1  stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
2  (B)(iv).

3
4  Dated: 12/20/10                                              /s/
                                                        LARA S. VINNARD
5                                                       Assistant Federal Public Defender

6  Dated: 12/20/10                                              /s/
                                                        JEFFREY SCHENK
7                                                       Assistant United States Attorney

8
                              **[PROPOSED] ORDER**
9
       The parties have jointly requested a continuance of the hearing set for Tuesday, December
10
   21, 2010, to allow time for the parties to discuss a resolution and for the defense to prepare
11
   effectively.
12
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13
   presently set for Tuesday, December 21, 2010, at 9:30 a.m., be continued to Wednesday, January
14
   19, 2011, at 1:30 p.m.
15
       It is FURTHER ORDERED that the time from December 21, 2010, January 19, 2011, is
16
   excluded under the Speedy Trial Act 18 U.S.C. §§ 3161(h)(8)(A), because the failure to grant the
17
   requested continuance would deny defense counsel reasonable time necessary for effective
18
   preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19
   of justice.
20
   Dated:
21
                                                        ~~HOWARD R. LLOYD~~ *Timothy J Bommer*
                                                        United States Magistrate Judge
22